UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NEIL STUCKEY,

        Defendant.

24-CR-29-LJV-MJR
DECISION & ORDER

1.      On March 14, 2024, the defendant, Neil Stuckey, pleaded guilty to

Count 1 of the information charging a violation of Title 18, United States Code, Section

2252A(a)(5)(B) (possession of child pornography involving a prepubescent minor).

Docket Item 17.

2.      On March 14, 2024, the Honorable Michael J. Roemer, United States

Magistrate Judge, filed a Report & Recommendation recommending that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty.

Docket Item 19.

3.  This Court has not received objections to the Report & Recommendation in

accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the

Federal Rules of Criminal Procedure, and the time to object now has expired.

4.  This Court has carefully reviewed *de novo* Judge Roemer's

Report & Recommendation (Docket Item 19), the plea agreement (Docket Item 17), the

information (Docket Item 16), a transcript of the plea proceeding (Docket Item 21), and

the applicable law.  This Court finds no legal or factual error in Judge Roemer's Report

& Recommendation and therefore adopts Judge Roemer's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of Count 1 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's March 14, 2024 Report & Recommendation, Docket Item 19, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Neil Stuckey is now adjudged guilty of Count 1 of the information under Title 18, United States Code, Section 2252A(a)(5)(B).

SO ORDERED.

Dated:      May _30_, 2024
            Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE